**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
James A Akeo

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**JAMES A AKEO,**

Plaintiff,

v.

**BH FINANCIAL SERVICES, INC.; AND, KENOSIAN & MIELE, LLP,**

Defendants.

**Case No.:** EDCV12-2034 TJH (OPx)

**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (A)**

///

///

///

///

///



KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

Plaintiff JAMES A AKEO ("Plaintiff") hereby moves to dismiss this action with prejudice pursuant to the terms of a confidential settlement reached between the Parties.

Plaintiff respectfully requests the action be dismissed WITH PREJUDICE.

Date: May 9, 2013

**KAZEROUNI LAW GROUP, APC**

By: _____/s Matthew M. Loker_____
MATTHEW M. LOKER
ATTORNEY FOR PLAINTIFFS